JPML FORM 1A                 DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 354 -- IN RE SINKING OF THE MOTOR VESSEL UKOLA

| Date | No. Code | |
|---|---|---|
| 7/5/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, NOTICE OF FILING, CERT. OF SVC., SUPPLEMENTAL CERT. OF SVC. -- Plaintiffs Milagro De Jesus Carpenter, Carmelita De Encarnacion Figueroa, Ana Josefa Abreu, Vda. De Tavares, Yrene Garciad Dominguez Martinez, Migdalia Alta Rodriguez de Castillo, Maria Altagrassia De La Cruz, Julio Valdemora. (ea)<br>SUGGESTED TRANSFEREE DISTRICT: Southern District of Florida<br>SUGGESTED TRANSFEREE JUDGE: (ea) |
| 7/14/78 | 2 | LETTER from Kenneth Heller, Esq. counsel for Bruno Cappellini, dated July 10, 1978 stating that they decline to join in this litigation. Documents from JPML were returned and counsel requested that his name be deleted from the service list. (ea) |
| 7/17/78 | 3 | RESPONSE -- Defendant Oceanus Mutual Underwriting Association (Bermuda) Limited -- w/cert. of service (cds) |
| 7/20/78 | | APPEARANCES -- E.V. GREENWOOD, ESQ. for Imperial Sugar Company; Ronald G. Neiwirth, Esq. for Marine Office of America corp., and Czarinkow Rionda Sugars, Inc.<br>Robert F. Condon, Esq. for Arosa Mercantil, S.A.<br>William C. Norwood, Esq. for Inversiones Calmer S.A.<br>Linwood Anderson, Esq. for Oceanus Mutual Underwriting Assoc. (Bermuda) Ltd. (ea) |
| 7/20/78 | 4 | RESPONSE -- Arosa Mercantil S.A. and Inversiones Calmer S.A. w/cert of svc. (ea) |
| 7/21/78 | 5 | RESPONSE -- Plaintiffs Imperial Sugar Co., Czarinkow Rionda Sugars, Inc., and Marine Office of America Corp. w/cert. of svc.(ea) |
| ~~7/25/78~~ | ~~6~~ | ~~RESPONSE -- Defendants Arosa Mercantil S.A. and Inversiones Calmer, S.A. w/cert. of svc.~~ (ea) (SAME AS Pleading #4) |
| 7/25/78 | 6 | RESPONSE -- Defendant Crismar, S.A. w/cert. of svc. (ea) |
| 7/25/78 | | APPEARANCE -- David A. Paysse, Esq. for Arthur Henry Chester, et al. and Reginal J. McRobert, et al. (ea) |
| 7/31/78 | | APPEARANCE -- Michael C. Palmintier, Esq.for DeBoom, Fortuna, Garcia, Santos, Astacio, Guillandeau, Marcelino, Martino, Mercedes, Cruz, Santana, Beazard, Mercado, Tavarez & Melo. (ea) |
| 7/31/78 | 7 | RESPONSE -- Plaintiffs Deboom, et al. w/cert. of svc. (ea) |
| 8/7/78 | 8 | RESPONSE -- El Fenix de Puerto Rico, Compania de Seguros w/cert. of svc. (ea) |
| 9/1/78 | | HEARING ORDER -- setting A-1 thru A-11 for hearing on Sept. 29, 1978. in Chicago, Ill. (ea) |
| 9/18/78 | | LETTER -- Counsel for Marine Office of America Corp., Imperial Sugar Co., and Czernikos Rionda Corp. (S.D. Florida action) Plaintiffs -- stating they WAIVE ORAL ARGUMENT and first choice of 1407 transfer would be S.D. Florida and second choice of 1407 transfer would be S.D. Texas (no service) (rew) ltr dated Sep. 8, 1978 |

JPML FORM 1A - Continuation            DOCKET ENTRIES -- p. 2

DOCKET NO. 354 -- In re Sinking of the Motor Vessel UKOLA

| Date | No. Code | |
|---|---|---|
| 9/18/78 | | WAIVER OF ORAL ARGUMENT FOR 9/18/78 HEARING -- E. V. Greenwood for Imperial Sugar Co., |
| 9/26/78 | | WAIVER OR ORAL ARGUMENT -- Imperial Sugar Co., Czernikow Rionda Corp., and Marine Office of America Corp. for hearing held in Chicago, Ill. on Sept. 29, 1978. (ea) |
| 9/26/78 | | WAIVER OF ORAL ARGUMENT -- Oceanus Mutual Underwriting Assoc. for hearing held in Chicago, Ill. on Sept. 29, 1978.(ea) |
| 10/2/78 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs/movants Carpenter, etal for hearing held in Chicago, Ill., on 9/29/78. (ea) |
| 10/2/78 | | WAIVER OF ORAL ARGUMENT -- Arosa Mercantil & Inversiones Caimer for hearing held in Chicago, Ill. on 9/29/78.(ea) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **354** -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/15/78 | | OPINION AND ORDER -- transferring A-1 thru A-5, A-7 thru A-11 to the Southern District of Florida assigned to the Honorable Joe Eaton for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. A-6 Maria Emilia Familia de Boom, et al. v. Arosa Mercantil, S.A., et al.,S.D.Tex.,#G-77-28, remanded to the Southern District of Texas for further proceedings. (emh) |
| 12/15/78 | | CONSENT OF TRANSFEREE COURT -- for litigation to be assigned to the Honorable Joe Eaton, Southern District of Florida, under Section 1407. (emh) |
| 1/23/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-12 Imperial Sugar Co. v. Farovi Shipping Co., et al., S.D. Texas, C.A. No. H-77-124 Notified involved counsel and judges. (meh) |
| 2/8/79 | | B-12 Imperial Sugar Co. v. Farovi Shipping Co., et al., S.D. Texas, C. A. No. H-77-124 CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified involved clerks and judges. (ea) |
| 3/26/79 | | B-13 Cappellini, et al. v. Arosa Mercantil, S.A., et al., D. Puerto Rico, C.A.No. 78-859 Conditional Transfer Order filed today. Notified involved counsel and judges. (ea) |
| 4/11/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 Bruno Cappellini, et al. v. Arosa Mercantil, S.A., et al., D. P.R., #78-859 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 83/10/20 | | SUGGESTION FOR REMAND of A-4 thru A-11 & B-13 -- signed by Judge Eaton. (emh) |
| 83/10/20 | | CONDITIONAL REMAND ORDERS FILED TODAY -- A-4 Abreau, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-29 (S.D.N.Y., 78-Civ-1355); A-5 de Boom, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-346 (S.D.N.Y., 77-Civ-757(IBC); A-6 de Boom, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-35 (S.D.Tex., G-77-28); A-7 de Boom, et al. v. Arosa Mercantil, et al., S.D.Fla., 78-5750 (E.D.La., 77-2801-Sec I); A-8 de Boom, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-30 (P.R., 77-1815); A-9 McRobert v. de Boom, et al., S.D. Fla., 79-31 (P.R., 78-968); A-10 Chester v. de Boom, et al., S.D. Fla., 79-32 (P.R., 78-967); A-11 The Oceanus Mutual Underwriting Assoc. (Bermuda), Ltd. v. Imperial Sugar Co., et al., S.D.Fla., 79-28 (S.D.Tex., H-78-1038); B-13 Cappellini, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-2172 (P.R., 78-859) -- NOTIFIED ALL COUNSEL PASL AND TRANSFEREE JUDGE. (emh) |

JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p._____

DOCKET NO. 354 -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 83/11/07 | | CONDITIONAL REMAND ORDERS FINAL TODAY (9 actions) -- A-4 Abreau, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-29 (S.D.N.Y., 78-Civ-1355); A-5 de Boom, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-346 (S.D.N.Y., 77-Civ-757(IBC); A-6 de Boom, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-35 (S.D.Tex., G-77-28); A-7 de Boom, et al. v. Arosa Mercantil, et al., S.D.Fla., 78-5750 (E.D.La., 77-2801-Sec I); A-8 de Boom, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-30 (P.R., 77-1815); A-9 McRobert v. de Boom, et al., S.D. Fla., 79-31 (P.R., 78-968); A-10 Chester v. de Boom, et al., S.D. Fla., 79-32 (P.R., 78-967); A-11 The Oceanus Mutual Underwriting Assoc. (Bermuda), Ltd. v. Imperial Sugar Co., et al., S.D.Fla., 79-28 (S.D.Tex., H-78-1038); B-13 Cappellini, et al. v. Arosa Mercantil, et al., S.D.Fla., 79-2172 (P.R., 78-859) -- NOTIFIED INVOLVED JUDGE AND CLERKS  (cds) |

7/1/84

DOCKET NO. 354 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SINKING OF THE MOTOR VESSEL UKOLA

## Summary of Panel Actions

Date(s) of Hearing(s) 9/29/78
Consolidation Ordered 12/15/78     Consolidation Denied _____
Opinion and/or Order 12/15/78
Citation   462 F.Supp. 385

Transferee District   S.D. Florida         Transferee Judge   Honorable Joe Eaton

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Milagro De Jesus Carpenter, et al. v. Farovi Shipping Corp., et al. | S.D.Fla. Eaton | 78-922-Civ-JE | | | 5/24/84 | (1404 to P.R.) |
| A-2 | Imperial Sugar Co., et al. v. Alejandro Felix, et al. | S.D.Fla. Aronovitz | 77-148-Civ-SMA | | | 7/1/84 | |
| A-3 | Maria Emilia Familia de Boom, et al. v. Arosa Mercantil S.A., et al. | S.D.Fla. Eaton | 77-3709-Civ-JE | | | 5/24/84 | (1404 to P.R.) |
| A-4 ✓ | Ana Josefa Abreu, et al. v. Arosa Mercantil, S. A., in Personam, et al. | S.D.N.Y. Stewart | 78-Civ-1355 | 12/15/78 | 79-29 | 11/7/83 | |
| A-5 ✓ | Maria Emilia Familia de Boom, et al. v. Arosa Mercantil, S. A. | S.D.N.Y. Cooper | 77-Civ-756 (IBC) | 12/15/78 | 79-34 | 11/7/83 | |
| A-6 ✓ | Maria Emilia Familia de Boom, et al. v. Arosa Mercantil, S.A. | S.D.TX. Cowan | 677-28-Civ | 12/15/78 | 79-35 | 11/7/83 | (certain clai.s t'fr'd remd'd S. Texas) |
| A-7 | Maria Emilia Familia de Boom, et al. v. Arosa Mercantil, S.A., et al. | E.D.La. Gordon | 77-2801-Sec. I | 12/15/78 | 78-5750 | 11/7/83 | |
| A-8 ✓ | Maria Emilia Familia de Boom, et al. v. Arosa Mercantil, S.A., et al. | P.R. Torruella | 77-1815-Civ | 12/15/78 | 79-30 | 11/7/83 | |
| A-9 ✓ | Reginald John McRobert v. Maria Emilia Familia de Boom, et al. | P.R. Pesquera | 78-968 | 12/15/78 | 79-31 | 11/7/83 | |
| A-10 ✓ | Arthur Henry Chester v. Maria Emilia Familia de Boom, et al. | P.R. Pesquera | 78-967 | 12/15/78 | 79-32 | 11/7/83 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 ✓ | The Oceanus Mutual Underwriting Assoc. (Bermuda) Limited v. Imperial Sugar Company, et al. | S.D.TX. Bue | H-78-1038 | 12/15/78 | 79-28 | 11/7/83 | |
| B-12 | Imperial Sugar Company v. Farovi Shipping Co., et al. 1/23/79 | S.D.Tex. Bue | H-77-124 | 2/8/79 | 79-1296 | 6/6/84 | |
| B-13 ✓ | Bruno Cappellini, et al. v. Arosa Mercantil, S.A., et al. 3/26/79 | D.P.Rico | 78-859 | 4/11/79 | 79-2172 | 11/7/83 | |

July 1979 — 1C TR; 3 XX2 = 13 pdg.
July 1980 — Same
July 1981 — Same
July 1982 — Same
July 1983 — Same
July 1984 — 11 dis / 2 pdg.
July 1985 — Same
July 1986 — 2 pdg / Docket closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 354 -- IN RE SINKING OF THE MOTOR VESSEL UKOLA

---

MILAGRO DE JESUS CARPENTER, ET AL. (A-1)
ANA JOSEFA ABREU, ET AL. (A-4)
Charles R. Lipcon, Esquire
Law Offices of Charles R. Lipcon
Suite 2262, One Biscayne Tower
Miami, Florida  33131

REGINALD JOHN MCROBERT (A-9)
ARTHUR HENRY CHESTER, ET AL. (A-10)
David A. Paysse, Esq
Faris, Ellis, Cutrone, Gilmore
   & Lautenschlaeger
1207 Whitney Bank Bldg.
New Orleans, La.  70130

IMPERIAL SUGAR COMPANY (A-2)
E. V. Greenwood, Esq.                (A-12)
c/o Fulbright & Jaworski
Bank of the S. W. Bldg.
Houston, Texas  77002

MARINE OFFICE OF AMERICA CORP.
CZARINKOW RIONDA SUGARS, INC.
Ronald G. Neiwirth, Esq.
Law Offices of Reginald M. Hayden, Jr.,
   P. A.
100 N.E. First Avenue, 4th Floor
Miami, Florida  33132

ALEJANDRO FELIX
ALEJANDRO FELEX LORIAN
FAROVI SHIPPING CO.
Richard Ralph, Esq.
Suite 700 Greater Miami Fed. Bldg.
Miami, Florida  33131

AROSA MERCANTIL, S.A.
Robert F. Condon, Esq.

c/o Danzansky, Dickey, Tyding,
   Quint & Gordon
1120 Connecticut Ave., N.W.
Washington, D.C.  20036

INVERSIONES CALMER S.A.
ENOL INTERNATIONAL CORP.
ROBERTO ESCARPENTER
ROBERT CANO
S.M.H. TRADING CORP.
William C. Norwood, Esq.
Fowler, White, Burnett, Hurley,
   Banick & Knight, P.A.
5th Floor City National Bank Bldg.
Miami, Florida  33130

OCEANUS MUTUAL UNDERWRITING
   ASSOCIATION (BERMUDA) Ltd. (A-11 - Def)
Linwood Anderson, Esq.
Smathers & Thompson
Alfred I. DuPont Bldg.
Miami, Florida  33131

CRISMAR, S.A.
   Unable to determine new counsel

E. FENIX DE PUERTO RICO COMPANIA DE
   SEGUROS
Paseo Covadonga No. 151
Puerto de Tierra, Puerto Rico

AUGUSTO BRAVO
No Known Address or Attorney

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __354__ -- IN RE SINKING OF THE MOTOR VESSEL UKOLA

| | |
|---|---|
| OLGA HERNANDEZ<br>MARIA EMILIA FAMILIA DE BOOM (A-3) Thru<br>CARLOS EUSEBIO BOOM FAMILIA      A-8)<br>ENAMENA FORTUNA<br>MARIA ALEJANDRINA DELEON GRACIA<br>EUSEBIA ASTACIO<br>PASTORA GUILLANDEAU<br>ERCELIA MARCELINO<br>MARIA SABINO DE MARTINO<br>JUANA MERCEDES<br>ROSE CRUZ<br>FATIMA AGUSTINA MONEGRO BURGOS SANTANA<br>VICTORIA SANTANA<br>ORFELINA MARIA MERCADO LEAZARD<br>ALTAGRACIA CHEVALIER LEAZARD<br>FREDDYS RAMON LEAZARD MERCADO<br>MERCEDES ALTAGRACIA LEAZARD MERCADO<br>JUAN DUFF LEAZARD MERCADO<br>SOCRATES MANUEL LEAZARD MERCADO<br>ROSA MARIA TAVARES<br>JOAQUIN SALVADOR FACUNDO MELO<br>Michael C. Palmintier, Esq.<br>Due, Dodson & deGravelles<br>442 Europe Street<br>Baton Rouge, La. 70802<br><br>IMPERIAL SUGAR CO. (B-12)<br>(Same as (A-2))<br>Fulbright & Jaworski<br><br>BRUNO CAPPELLINI, ET AL. (B-13)<br>Harvey B. Nachman, Esq.<br>P.O. Box 9949<br>Santurce, Puerto Rico  00908 | ORLANDO GONZALEZ (Deft. B-13)<br>Unable to determine counsel<br><br>LLOYDS OF LONDON (Deft. B-13)<br>Unable to determine counsel |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 354 -- IN RE SINKING OF THE MOTOR VESSEL UKOLA

| Name of Party | Named as Party in Following Actions |
|---|---|
| Farovia Shipping Corp. ✓ | A-1, A-3, A-7, A-8, A-9, A-10, B-12 |
| Inversiones Calmar, S.A. ✓ | A-1, A-3, A-7, A-8, B-12 |
| S.M.H. Trading Corp. ✓ | A-1 |
| Roberto Cano ✓ | A-1 |
| Roberto Escarpenter ✓ | A-1 |
| Arosa Mercantil, S.A. ✓ | A-1, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, B-12, B-13 |
| Crismar, S.A. ✓ | A-1 |
| Enol Internat'l Corp. ✓ | A-1 |
| Oceanus Mutual Underwriting Assoc., Ltd. ✓ | A-1, A-4 |
| El Phoenix De Puerto Rico ✓ | A-1, B-13 |
| [redacted] | |

| | |
|---|---|
| ~~John Doe Insurance Co.~~ ~~(Hull Insurers)~~ | |
| ~~XYZ Insurance Co.~~ ~~(P&I Insurers)~~ | |
| Maria Emilia Familia de Boom ↘ | A-9, A-10, A-11 |
| Carlos Eusebio Boom Familia ↘ | A-9, A-10, A-11 |
| Enamena Fortuna ↘ | A-9, A-10, A-11 |
| Maria Alejandrina deLeon Garcia ↘ | A-9, A-10, A-11 |
| Ercelia Marte de los Santos | A-9, A-10, A-11 |
| Eusebia Astacio ↘ | A-9, A-10, A-11 |
| Pastora Guillandeau ↘ | A-9, A-10, A-11 |
| Olga Hernandez ↘ | A-9, A-10, A-11 |
| Ercelia Marcelino ↘ | A-9, A-10 |

✗

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 354 -- IN RE SINKING OF THE MOTOR VESSEL UKOLA

| Name of Party | Named as Party in Following Actions |
|---|---|
| Maria Sabino de Martino | A-9, A-10 |
| Juana Mercedes | A-9, A-10 |
| Rose Cruz | A-9, A-10 |
| Fatima Agustina Monegro Burgos Santana | A-9, A-10 |
| Victoria Santana | A-9, A-10 |
| Orfelina Maria Mercado Leazard | A-9, A-10 |
| Altagracia Chevalier Leazard | A-9, A-10 |
| Freddys Ramon Leazard Mercado | A-9, A-10 |
| Mercedes Altagracia Leazard Mercado | A-9, A-10 |
| Juan Duff Leazard Mercado | A-9, A-10 |
| Socrates Manuel Leazard Mercado | A-9, A-10 |

p. 4

| Name | References |
|---|---|
| Rosa Maria Tavares ✓ | A-9, A-10 |
| Joaquin Salvador Facundo Melo ✓ | A-9, A-10 |
| Bruno Cappellini ✓ | A-9, A-10 |
| Alejandro Felex Lorian ✓ | A-9, A-10 |
| Augusto Bravo ✗ | A-9, A-10 |
| Imperial Sugar Company ✓ | A-9, A-10, A-11 |
| Czernikow Rionda Corp. ✓ | A-9, A-10 |
| Marine Office of America Corp. ✓ | A-9, A-10, A-11 |
| Alejandro Felix ✓ | A-2, A-9, A-10 |
| El Fenix De Puerto Rico Compania De Seguros, S.A. ✓ | A-9, A-10 |
| | |